IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | CASE NO. 10-mc-3515-MEF |
| | ) | |
| ALLEN DALE COOK, JR., | ) | (WO) |
| | ) | |
| RESPONDENT. | ) | |

**ORDER**

This cause is before the Court on the Motion to Dismiss (Doc. # 3) filed on August 20, 2010 by Petitioner, United States of America. For good cause shown, it is hereby ORDERED that the motion is GRANTED, and the Petition is DISMISSED WITHOUT PREJUDICE. It is further ORDERED that the hearing set on August 23, 2010 is CANCELLED. Finally, it is ORDERED that the Clerk of the Court shall close this file.

DONE this the 20th day of August, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE